435 A.2d 641

Housing, Authority of the Cty. of Huntingdon v.
Helton, et ux., Appellants.

Argued June 9, 1980. Charles A. Bierbach, for appellants; Lawrence L. Newton, for appellee.

Before HESTER, CAVANAUGH and VAN der VOORT, JJ.

Order affirmed.

CAVANAUGH, J., filed a memorandum concurring statement.

435 A.2d 641

Scogna v. Scogna, Appellant.

Argued June 12, 1980. Gary M. Gusoff, for appellant; Kevin H. Wright, for appellee.

Before WICKERSHAM, WATKINS and LIPEZ, JJ.

Order affirmed.